## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tifany Leilani Villegas**; DOB: 2003; United States<br>**Omar Yahir Godinez-Gerardo**; DOB: 2007; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04656MJ** |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 12, 2026, in the District of Arizona, **Tifany Leilani Villegas** and **Omar Yahir Godinez-Gerardo**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Juvenal Hernandez-Rojas and Jesus Elias Jimenez-Guevara, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 12, 2026, in the District of Arizona (Sonoita), Border Patrol Agents (BPAs) were assigned to roving patrol duties on State Route (SR) 82 near mile marker 29. SR 82 is a well-known route used by smuggling organizations to access SR 83 and Interstate 10 while avoiding the immigration checkpoint on Interstate 19. This location on SR 82 is approximately 15 miles north of the border. At approximately 9:10 p.m., BPAs observed a 2016 Chevrolet Malibu travelling east at a slow rate of speed. As the Malibu passed the BPAs, it abruptly slowed and almost caused a collision with the vehicle behind it. Abrupt and erratic driving behavior are common traits observed in smuggling operations. The Malibu appeared heavily laden, and BPAs observed about six or seven occupants in the vehicle as it passed. Smuggling organizations often transport multiple individuals in a single vehicle to maximize profits. BPAs followed the Malibu as it continued the erratic driving behaviors. Record checks on the Malibu returned out of Mesa, Arizona. Smuggling organizations often recruit out of metropolitan areas. The Malibu turned north onto SR 83 and rapidly accelerated to 70 miles per hour in a 55 miles per hour zone while continuing to swerve in the lane. BPAs initiated a vehicle stop and the Malibu yielded near mile marker 38 on SR 83. As BPAs approached the Malibu, they observed four individuals exit the right rear passenger door and flee on foot. The individuals were wearing ripped camouflage pants and dark T-shirts with dry brush and dirt on them. BPAs alerted other BPAs in the area that the individuals had fled and approached the Malibu. The driver, identified as **Tifany Leilani Villegas,** and the passenger, identified as **Omar Yahir Godinez-Gerardo**, told BPAs that one of the individuals that fled possessed a firearm and showed it to them. While inspecting the Malibu, BPAs discovered an individual hidden in the trunk of the vehicle. With the assistance of a Mobile Surveillance Capability truck and a BPA K9 unit, BPAs were able to apprehend the individuals that fled from the Malibu. They were apprehended approximately two miles northeast of where the Malibu was stopped. An immigration inspection was performed on the individuals, including Juvenal Hernandez-Rojas and Jesus Elias Jimenez-Guevara, and BPAs determined them to be citizens of Mexico illegally present in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Juvenal Hernandez-Rojas and Jesus Elias Jimenez-Guevara

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>April 13, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**

Record checks revealed that Juvenal Hernandez-Rojas and Jesus Elias Jimenez-Guevara do not possess the proper documentation to enter, pass through, or remain in the United States legally.   **Tifany Leilani Villegas** and **Omar Yahir Godinez-Gerardo** were determined to be United States citizens.

Material Witness Juvenal Hernandez-Rojas stated that he is a citizen of Mexico and that his brother paid 56,000 Mexican pesos for him to be smuggled into the United States.   He crossed the border by climbing the border wall near Nogales and he stated that he was in the United States illegally.   He knew it was a crime to enter the country illegally. Hernandez-Rojas was going to be transported to Phoenix, Arizona and then eventually to New Jersey.   When the vehicle stopped, the passenger told the group to run.   Through a six-person photo lineup, Hernandez-Rojas was able to identify the passenger of the vehicle as **Omar Yahir Godinez-Gerardo.**

Material Witness Jesus Elias Jimenez-Guevara stated that he is a citizen of Mexico and that his mother paid for him to be smuggled into the United States.   He stated that he was in the United States illegally and that he knew it was a crime to enter the country illegally.   Jimenez-Guevara was supposed to be transported to Phoenix, Arizona and was able to identify the vehicle used in this event.

After waving her *Miranda* rights, **Tifany Leilani Villegas** stated that she knew the individuals that she was transporting were illegally in the United States.   She did not know the amount of money she would receive for transporting them.

After waving his *Miranda* rights, **Omar Yahir Godinez-Gerardo** stated that he knew that the five people in the vehicle were illegal immigrants at the time they were transporting them. He was going to be paid $1,000 per person for transporting them to Phoenix, Arizona.